UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ―
Closed ―
JS-5/JS-6 ―
JS-2/JS-3 ―
Scan Only ―

CIVIL MINUTES - GENERAL

Case No  ED CV 00-681- RT                Date.  1-3-2001

Title: CAREER GROUP, INC. VS CALDWELL SPARTIN, INC.

==================================================================
PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| LENORA PULLIAM | NONE |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS.           ATTORNEYS PRESENT FOR DEFENDANTS

NONE                                        NONE

PROCEEDINGS· **ORDER SETTING SCHEDULING CONFERENCE - (F.R.Civ.P. 16(b)**

This matter is set for a Scheduling Conference on __MARCH 12,__ 2001, at __9:30__ a.m /p.m. The Conference will be held pursuant to F.R.Civ.P. 16(b). It may be conducted telephonically if the parties so request.

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference and to file a Report of Parties' Planning Meeting not later than 14 days after they confer as required by F.R.Civ.P 26(f) and the Local Rules of this Court. Failure to comply with rules may lead to the imposition of sanctions.

**EFFECTIVE JANUARY 16, 2001, THE U.S. DISTRICT COURT** will be located at

>3470 Twelfth Street
>Riverside, California 92501
>Third Floor, **Courtroom 4**

Documents may be filed in either (1) the Clerk's Office, Rm 134, Riverside, (2) the Clerk's Office, 312 N Spring Street, Rm G-8, in Los Angeles, (3) the Clerk's Office, 411 W. 4th Street, Rm 1-053, Santa Ana

Clerk's Office Phone Nos are (909) 328-4450
Courtroom Deputy Clerk  Lenora Pulliam's Phone No is (909) 328-4468

(SEE JUDGE TIMLIN'S MASTER WEEKLY COURT SCHEDULE ATTACHED)

MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL - GEN




United States District Court, Eastern Division
Central District of California
Third Floor, Courtroom 4,
3470 Twelfth Street
Riverside, California 92501
The Honorable Robert J. Timlin, U.S. District Judge, Presiding

## MASTER WEEKLY COURT SCHEDULE
(Effective January 16, 2001)

| | | | |
|---|---|---|---|
| MONDAY: | Civil Law and Motion, Mandatory Status Conference and Pre-Trial Conference | Morning: | 8:30 a.m. to 12:00 p.m. |
| | Criminal Plea Proceedings, Sentencing Proceedings and Motions | Afternoon | 1:30 p.m. until completed |
| TUESDAY: | Trial | Morning: Afternoon | 8:30 a.m. to 12:00 p.m. 1:30 p.m. to 5:00 p.m. |
| WEDNESDAY: | Trial | Morning: Afternoon | 8:30 a.m. to 12:00 p.m. 1:30 p.m. to 5:00 p.m. |
| THURSDAY: | Trial | Morning: Afternoon | 8:30 a.m. to 12:00 p.m. 1:30 p.m. to 5:00 p.m. |
| FRIDAY: | Trial | Morning: | 8:30 a.m. to 12:00 p.m. |
| | Civil Pre-Trial Conference Mandatory Status Conference | Afternoon | 1:30 p.m. until completed |