SEND

# COURT'S STANDING ORDER



## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| Career Group Inc <br> Plaintiff(s), <br><br> v. <br><br> Caldwell Spartin <br> Defendant(s). | ED CV 00-681- -RT <br><br> ORDER (1) VACATING ORDER, DATED JULY 28, 1995 AND (2) DIRECTING NO ORAL ARGUMENT ON MOTIONS IN CIVIL ACTIONS |

The undersigned ORDERS his previous order of July 28, 1995, "(1) Setting Law and Motion Day, (2) Regarding Oral Argument on Motions and (3) Regarding the Lodging of Proposed Orders on Motions" be vacated.

The undersigned believes that for most civil law and motion matters, oral argument is generally unnecessary and wasteful of time and resources of both counsel and the Court. Well-researched moving and responding papers with thoughtful analysis are usually adequate to allow the Court to make a fully informed and reasoned decision. Nevertheless, the Court recognizes that in some cases oral argument may be valuable or even necessary. Therefore, pursuant to Federal Rules of Civil Procedure 78 and Civil Local Rule 7.11,

IT IS ORDERED that oral argument on motions in civil actions shall not be



heard, unless required by law and subject to the following exceptions:

   (1) If the Court deems oral argument necessary on certain issues raised in a particular motion or opposition, argument will be heard on the hearing date calendared by the moving party. The Court will notify the parties as far in advance as possible that oral argument will be heard, but no later than 5:00 p.m. on the Wednesday preceding the calendared hearing date.

   (2) If the moving and/or responding party believes that oral argument is necessary, such party must file and serve a written request for oral argument. This request should show why oral argument is necessary under the particular circumstances of the case, and why the moving and responding papers are inadequate to present the party's argument to the Court. The fact that the ruling on the motion may be dispositive of the entire action or certain causes of action or claims or that the moving party has raised a new issue in its reply[1] is not, in and of itself, sufficient to establish that oral argument is necessary. This request shall be filed not later than six (6) days before the calendared hearing date. The Court will notify the appropriate parties of its ruling on the request no later than 5:00 p.m on the Wednesday preceding the calendared hearing date.

 A motion will be deemed submitted without oral argument upon expiration of the time for filing a reply brief. Counsel (or parties proceeding pro se) should not appear in Court on the date the motion is calendared unless the Court has ordered that there be oral argument.

 DATED: December 19, 2000.

                /s/ Robert J. Timlin
                ROBERT J. TIMLIN
                United States District Judge

---

[1] The Court will not base its decision on any new facts or new legal arguments raised in reply papers without the Court giving the respondent an opportunity to respond. See Schwarzer, et al., Federal Civil Procedure Before Trial, §§ 12:106-12:107 (2000)

2