ORIGINAL

1  HILL, FARRER & BURRILL LLP
   NEIL D. MARTIN (Bar No. 094121)
2  BYRON T. BALL (Bar No. 150195)
   300 South Grand Avenue
3  37th Floor - One California Plaza
   Los Angeles, CA 90071-3147
4  Telephone (213) 620-0460

5  Attorneys for Plaintiff
   CAREER GROUP, INC

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2001

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

LODGED
2001 AUG 30 PM 3:53

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  CAREER GROUP, INC.,                    CASE NO ED CV 00-681 RT (Ctx)

12         Plaintiff,                       STIPULATION FOR DISMISSAL WITH
                                            PREJUDICE
13         vs

14  CALDWELL SPARTIN,

15         Defendant

17         We, the attorneys for the respective parties, do hereby stipulate that the above-
18  referenced case has been settled and jointly request, pursuant to F R C P 41(a)(1) that case
19  ED CV 00681 RT (Ctx) be dismissed in its entirety *with prejudice* forthwith

20  Dated August 27, 2001                    Dated August 18, 2001

23  HILL, FARRER & BURRILL LLP              KLINEDINST, FLIEHMAN &
    NEIL D. MARTIN                          McKILLOP, P C

ENTER ON ICMS
SEP 13 2001

26  By: /s/ Neil D. Martin                  By: /s/ Carey L. Cooper
    NEIL D. MARTIN                          CAREY L. COOPER
27  Attorneys for Plaintiff                 Attorneys for Defendant

STIPULATION FOR DISMISSAL

IT IS SO ORDERED
DATE 8/31/01
/s/ Robert J. Timlin
U.S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action, my business address is Hill, Farrer & Burrill LLP, 300 South Grand Avenue, Los Angeles, California 90071-3147  On August 30, 2001, I served the within document

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below

- ☐ by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below

- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below

Carey Cooper
Klinedist, Fliehman & McKillop
The Koll Center
501 West Broadway, Suite 600
San Diego, CA 92101-3584

I am readily familiar with the firm's practice of collection and processing correspondence for mailing  Under that practice it would be deposited with the U S Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on August 30, 2001, at Los Angeles, California

_____
JUDY IDA